# DAVID M. NEWBOLD

## *vs.*

# LAFAYETTE MILL AND LUMBER CO.

*Bills and notes: endorsement; bill to have declared null; jurisdiction of equity.*

To warrant a court of equity in declaring the complainant's endorsements on certain notes null and void, because of the fraudulent conduct and misrepresentations of an agent of the payee, the evidence to sustain the bill must be clear and convincing.

*Decided April 16th, 1915.*

Appeal from the Circuit Court of Baltimore City. (DAWKINS, J.)

The cause was argued before BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER and STOCKBRIDGE, JJ.

*Wm. Ewin Bonn* and *Randolph Barton, Jr.,* for the appellant.

*Edward M. Hammond,* for the appellee.

BOYD, C. J., delivered the opinion of the Court.